[No. 2363–3. Division Three. March 27, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS BOYD PARR, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 25063, George T. Shields, J., entered April 1, 1977. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff and Roe, JJ.

[No. 5687–1. Division One. April 2, 1979.]

STEIN SKATTUM, *Respondent,* v. RALPH WOOLMAN, *Respondent.*

GERALD C. MARCY, *Appellant,* v. THATCHER PRESS, INC., ET AL, *Respondents.*

Appeal from judgments of the Superior Court for King County, Nos. 810850, 811245, H. Joseph Coleman, J., entered May 24, 1977. *Reversed* by unpublished opinion per Dore, J., concurred in by Williams and Andersen, JJ.